**2017–0296. Anderson v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 103732, 2017-Ohio-86.

**2017–0299. State v. Grogan.**
Stark App. No. 2016CA00128, 2017-Ohio-205.

**2017–0301. State v. Berecz.**
Washington App. No. 16CA15, 2017-Ohio-266.

**2017–0314. State v. Hull.**
Lake App. No. 2016–L–035, 2017-Ohio-157.

**2017–0319. State v. Pleatman.**
Hamilton App. No. C–160234, 2016-Ohio-7659. Appellant's motion to consolidate denied.
    FISCHER and DEWINE, JJ., not participating.

**2017–0323. Pleatman v. Sibcy Cline, Inc.**
Hamilton App. Nos. C–160447 and C–160460, 2016-Ohio-7683. Appellants' motion to consolidate denied.
    FISCHER and DEWINE, JJ., not participating.

**2017–0324. State v. Gill.**
Hamilton App. Nos. C–110473 and C–110483.
    FISCHER, J., not participating.

**2017–0338. State v. Walter.**
Cuyahoga App. No. 104443, 2017-Ohio-466.

**2017–0339. Pietrangelo v. Avon Lake.**
Lorain App. No. 15CA010804 and 15CA010873, 2016-Ohio-8201.

**2017–0351. State v. Floyd.**
Cuyahoga App. No. 104376, 2017-Ohio-386.

**2017–0355. State v. Martin.**
Hamilton App. No. C–160733.

**2017–0360. State v. Matthews.**
Cuyahoga App. No. 101275, 2016-Ohio-5617.

**2017–0363. State v. Umstead.**
Holmes App. No. 16 CA 004, 2017-Ohio-698.

**2017–0370. State v. Thornton.**
Muskingum App. No. CT2016–0041, 2017-Ohio-637.

**2017–0372. Hillman v. O'Shaughnessy.**
Franklin App. No. 16AP–571, 2017-Ohio-489.

**2017–0374. State v. Bates.**
Guernsey App. No. 16CA13, 2017-Ohio-585.

**2017–0388. State v. Dixon.**
Franklin App. No. 16AP–583, 2017-Ohio-558.

**2017–0390. State v. Arios.**
Cuyahoga App. No. 104821, 2017-Ohio-656.

**2017–0395. State v. Cooper.**
Cuyahoga App. No. 104797, 2017-Ohio-541.

**2017–0400. State v. Smith.**
Cuyahoga App. No. 104403, 2017-Ohio-463.

**2017–0421. State v. Cornett.**
Hamilton App. No. C–170035.